CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev 07/17)

| 1  CIR /DIST / DIV  CODE | 2  PERSON REPRESENTED<br>Courtney Gene Jeter | | VOUCHER NUMBER |
|---|---|---|---|
| 3  MAG DKT /DEF  NUMBER<br>1:21-mj-01193-RT | 4  DIST DKT /DEF  NUMBER | 5  APPEALS DKT /DEF  NUMBER | 6  OTHER DKT  NUMBER |

| 7  IN CASE/MATTER OF *(Case Name)*<br><br>USA v Courtney Gene Jeter | 8  PAYMENT CATEGORY<br>☑ Felony          ☐ Petty Offense<br>☐ Misdemeanor    ☐ Other<br>☐ Appeal | 9  TYPE PERSON REPRESENTED<br>☑ Adult Defendant      ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | 10  REPRESENTATION TYPE<br>*(See Instructions)*<br><br>CC |
|---|---|---|---|

11  OFFENSE(S) CHARGED (Cite U S Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

21:841(a)(1) and 841(b)(1)(A) - Distribution of methamphetamine, a Schedule II controlled substance

| 12  ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix),*<br>AND MAILING ADDRESS<br><br>Crystal K. Glendon, Esq. #8130<br>1130 North Nimitz Highway, Suite B-299<br>Honolulu, Hawaii  96817<br><br>Telephone Number :          (808) 532-3802 | 13  COURT ORDER<br>☑ O  Appointing Counsel        ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender  ☐ R  Subs For Retained Attorney<br>☐ P  Subs For Panel Attorney    ☐ Y  Standby Counsel<br><br>Prior Attorney's<br>  Appointment Dates: _____<br>☐ Because the above-named person represented has testified under oath or has otherwise<br>satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does<br>not wish to waive counsel, and because the interests of justice so require, the attorney whose<br>name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other *(See Instructions)* |
|---|---|
| 14  NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)* | *Signature of Presiding Judge or By Order of the Court*<br><br>October 1, 2021<br>Date of Order                    Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time<br>appointment          ☐ YES   ☐ NO |

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| CATEGORIES *(Attach itemization of services with dates)* | HOURS<br>CLAIMED | TOTAL<br>AMOUNT<br>CLAIMED | MATH/TECH<br>ADJUSTED<br>HOURS | MATH/TECH<br>ADJUSTED<br>AMOUNT | ADDITIONAL<br>REVIEW |
|---|---|---|---|---|---|
| 15  a  Arraignment and/or Plea | | 0 00 | | 0.00 | |
| b  Bail and Detention Hearings | | 0 00 | | 0.00 | |
| c  Motion Hearings | | 0 00 | | 0.00 | |
| d  Trial | | 0 00 | | 0.00 | |
| e  Sentencing Hearings | | 0 00 | | 0.00 | |
| f  Revocation Hearings | | 0 00 | | 0.00 | |
| g  Appeals Court | | 0 00 | | 0.00 | |
| h  Other *(Specify on additional sheets)* | | 0 00 | | 0 00 | |
| (RATE PER HOUR = $ _____ )  TOTALS: | 0.00 | 0 00 | 0.00 | 0.00 | |
| 16  a  Interviews and Conferences | | 0 00 | | 0.00 | |
| b  Obtaining and reviewing records | | 0 00 | | 0.00 | |
| c  Legal research and brief writing | | 0 00 | | 0.00 | |
| d  Travel time | | 0 00 | | 0.00 | |
| e  Investigative and other work *(Specify on additional sheets)* | | 0 00 | | 0.00 | |
| (RATE PER HOUR = $ _____ )  TOTALS: | 0.00 | 0 00 | 0.00 | 0.00 | |
| 17  Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18  Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | 0 00 | | 0.00 | |

| 19  CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br><br>FROM: _____          TO: _____ | 20  APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21  CASE DISPOSITION |
|---|---|---|

22  CLAIM STATUS          ☐ Final Payment          ☐ Interim Payment Number _____          ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO    If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this
representation?  ☐ YES  ☐ NO      If yes, give details on additional sheets
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____          Date _____

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23  IN COURT COMP | 24  OUT OF COURT COMP | 25  TRAVEL EXPENSES | 26  OTHER EXPENSES | 27  TOTAL AMT  APPR /CERT<br>$0.00 |
| 28  SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a  JUDGE CODE |
| 29  IN COURT COMP | 30  OUT OF COURT COMP | 31  TRAVEL EXPENSES | 32  OTHER EXPENSES | 33  TOTAL AMT  APPROVED<br>$0.00 |
| 34  SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved*<br>*in excess of the statutory threshold amount.* | | | DATE | 34a  JUDGE CODE |