# UNITED STATES DISTRICT COURT

for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 01 2021

at _12_ o'clock and _30_ min. _P_ M
MICHELLE RYNNE, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. Mag. No. 21-1193 RT |
| | ) | |
| COURTNEY GENE JETER | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     COURTNEY GENE JETER                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Distribution of 50 grams or more of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

Date:     09/29/2021

City and state:     Honolulu, Hawaii

Rom A. Trader
United States Magistrate Judge

---

**Return**

This warrant was received on *(date)* 9/29/21 , and the person was arrested on *(date)* 9/30/21

at *(city and state)* KAPOLEI, HI .

Date: 9/30/21

Arresting officer's signature

TYLER GANZEL, SA
*Printed name and title*