Schlueter, Kwiat & Kennedy LLLP

MICHAEL H. SCHLUETER    8534
JASON R. KWIAT          9188
ANDREW M. KENNEDY       9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,    )    CR. NO. 21-000126 JMS
                             )
          Plaintiff          )
                             )
vs.                          )
                             )
COURTNEY GENE JETER,         )
                             )
          Defendant.         )
                             )

Schlueter, Kwiat & Kennedy LLLP

MICHAEL H. SCHLUETER    8534
JASON R. KWIAT         9188
ANDREW M. KENNEDY      9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
andrew@kona-lawyer.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 21-000126 JMS |
| | ) | |
| Plaintiff | ) | NOTICE OF WITHDRAWAL AND |
| | ) | SUBSTITUTION OF COUNSEL AS |
| vs. | ) | TO COURTNEY GENE JETER; |
| | ) | CERTIFICATE OF SERVICE |
| COURTNEY GENE JETER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AS TO COURTNEY GENE JETER

COMES NOW William A. Harrison, Esq. and enters his withdrawal as

counsel for Defendant COURTNEY GENE JETER in the above-entitled action.

Andrew M. Kennedy, Esq. hereby enters as counsel for Defendant

COURTNEY GENE JETER.

Defendant consents to this withdrawal and substitution of counsel.

DATED: Honolulu, Hawaii, February 11, 2022

HARRISON & MATSUOKA

WILLIAM A. HARRISON
Withdrawing Attorney for Defendant

DATED: Kailua-Kona, Hawaii, February 10, 2022

SCHLUETER, KWIAT & KENNEDY LLLP

ANDREW M. KENNEDY
Substituting Attorney for Defendant

DATED: February 14, 2022 at Honolulu, Hawaii.

Wes Reber Porter
United States Magistrate Judge

---

UNITED STATES OF AMERICA v. COURTNEY GENE JETER
CR. No. 21-000126 JMS
Notice of Withdrawal and Substitution of Counsel