THE LAW OFFICE OF MYLES S. BREINER & ASSOCIATES
MYLES S. BREINER          4364
KYLE T. DOWD             9495
SEAN FITZSIMMONS        10693
1003 Bishop Street, Suite 2150
Honolulu, Hawaii 96813
Telephone:  (808) 526-3426
Email:          myles@breinerlaw.net

Attorneys for Defendant
COURTNEY GENE JETER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COURTNEY GENE JETER,<br><br>Defendant. | CR. NO. 21-00126 JMS<br><br>MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL, CERTIFICATE OF SERVICE |

## MOTION TO WITHDRAW AS COUNSEL

Comes Now, MYLES S. BREINER, attorney for Defendant COURTNEY

GENE JETER, hereby moves this Honorable Court for an Order granting

withdrawal of counsel.  This Motion is made pursuant to Criminal Local Rule 57.8,

subject to the guidelines of the Code of Professional Responsibility, and based

1

upon the Declaration of Counsel attached hereto, the evidence adduced at the

hearing on said Motion, and of the files and records in this action.

DATED: Honolulu, Hawaii, January 18, 2023.

/s/ Myles S. Breiner
MYLES S. BREINER
KYLE T. DOWD
SEAN FITZSIMMONS
Attorneys for Defendant
COURTNEY GENE JETER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COURTNEY GENE JETER,<br><br>Defendant. | CR. NO. 21-00126 JMS<br><br>DECLARATION OF COUNSEL |

## **<u>DECLARATION OF COUNSEL</u>**

I, MYLES S. BREINER, declare under penalty of law that the following is true and correct to the best of my knowledge:

1. Declarant is the attorney of record for Defendant COURTNEY GENE JETER in the above-captioned case

2. Due to a recently discovered conflict of interest, Declarant respectfully requests the Court to allow Declarant to withdraw and permit attorney G. Gary Singh to become legal counsel for Defendant in the above-captioned case.

3. Prior to the filing of this Motion, Declarant has contacted attorney G. Gary Singh, who has agreed to represent Defendant with respect to the above-captioned case.

4. Also prior to the filing of this Motion, Declarant has further confirmed that Defendant agrees to be represented by attorney G. Gary Singh with respect to the above-captioned case.

5. Accordingly, Declarant hereby moves this Court for an Order granting Declarant's withdrawal as counsel for Defendant in this matter, and further requests that this Court permit G. Gary Singh to become legal counsel for the Defendant in the above-captioned case.

I declare under the penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Executed: Honolulu, Hawaii, January 18, 2023.

*/s/ Myles S. Breiner*
MYLES S. BREINER