# MINUTES

CASE NUMBER:    1:21-CR-00126 JMS-1

CASE NAME:    United States of America v. (1) Courtney Gene Jeter

ATTYS FOR PLA:    Craig Nolan, AUSA*

ATTYS FOR DEFT:    Gary Singh, Esq.*

---

JUDGE:    Wes Reber Porter    REPORTER:    FTR - CR 7

DATE:    3/30/2023    TIME:    11:10 am - 11:55 am

---

COURT ACTION:  EP:    CHANGE OF PLEA HEARING as to (1) Courtney Gene Jeter held.

AUSA Craig Nolan appeared on behalf of the United States.

Mr. Gary Singh appeared on behalf of Defendant.

Defendant is present and in custody.

The Court held a Change of Plea Hearing.

Colloquy with Defendant & Court Findings

Defendant sworn and questioned by the Court. The Court verified the signatures on the Consent to Rule 11 Plea In a Felony Case Before United States Magistrate Judge and the Memorandum of Plea Agreement. The Court informed Defendant of the elements of the offense, the maximum and mandatory minimum punishments, his Constitutional rights associated with a jury trial, and the key provisions of the Memorandum of Plea Agreement, and the preparation of a presentence report for to the District Judge's determination in sentencing.

Mr. Nolan recited the essential elements and the summary of evidence against the Defendant for Counts 1, 8, and 10 to which he is pleading guilty.

After examining the defendant under oath, the Court determined that:
- the defendant is fully competent and capable of entering an informed plea;
- the defendant understands the nature of the charges, the maximum punishments associated with those charges and his constitutional rights associated with proceeding to a jury trial;

- the offenses are supported by an independent basis in fact establishing each of the essential elements of the offenses;
- the defendant's guilty plea was knowingly and voluntarily made;
- the defendant knowingly and voluntarily entered into a written plea agreement with the government and;
- the defendant waived the right to appeal or collaterally attack the sentence except as provided in the plea agreement.

Defendant entered a Plea of Guilty as to Counts 1, 8, and 10 of the Indictment. In return, the government agrees to move to dismiss Counts 2, 3, 4, 5, and 9 of the Indictment as to the defendant after sentencing.

<u>Filings</u>

The Court will file a Report and Recommendation that the District Judge accept the defendant's plea of guilty and have sentence imposed accordingly. The Court informed defendant that he has 14 days to object to the Recommendation. The Memorandum of Plea Agreement and Consent to Rule 11 Plea In a Felony Case Before United States Magistrate Judge will also be filed.

<u>Sentencing</u>

The Court ordered the preparation of a Pre-Sentence report from U.S. Probation.

SENTENCING as to Counts 1, 8, and 10 of the Indictment is set for August 21, 2023 at 1:30 p.m. in Aha Kaulike before District Judge J. Michael Seabright.

Trial date and all deadlines are VACATED.

Defendant remanded to the custody of the U.S. Marshal Service.

*Submitted by: Jocelyn Orosz, Courtroom Manager*