KENNETH M. SORENSON
United States Attorney
District of Hawaii

MARGARET C. NAMMAR #9045
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Margaret.Nammar@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC - 3 2025

at __2__ o'clock and __10__ min. __P__M
Lucy H. Carrillo, Clerk

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COURTNEY GENE JETER,<br><br>Defendant-Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. CR21-00126-JMS-01<br>Case No. CV25-00208-JMS-RT<br><br>UNITED STATES OF AMERICA'S FIRST AMENDED EXHIBIT LIST FOR EVIDENTIARY HEARING; CERTIFICATE OF SERVICE<br><br>Hearing<br>Date:  December 3, 2025<br>Time:  9:00 A.M.<br>Judge: Hon. J. Michael Seabright |

UNITED STATES OF AMERICA'S FIRST AMENDED EXHIBIT LIST

The United States of America, by and through its undersigned counsel,

hereby submits its first amended exhibit list for the evidentiary hearing on

Defendant-Petitioner's remaining claim under 28 U.S.C. § 2255. Because Defendant-Petitioner used the same exhibit numbers as the government, the government has renumbered its exhibits and begins with exhibit number 21. This amended exhibit list also contains two additional exhibits.

The United States reserves the right to amend its exhibit list to include any and all items which may be relevant to this hearing.

DATED: December 2, 2025, at Honolulu, Hawaii.

                Respectfully submitted,

                KENNETH M. SORENSON
                United States Attorney
                District of Hawaii

                By: /s/ Margaret C. Nammar
                    MARGARET C. NAMMAR
                    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

## EXHIBIT LIST

**COURTNEY GENE JETER**  CR21-00126-JMS-01
CV25-00208-JMS-RT

v.

UNITED STATES OF AMERICA

| | |
|---|---|
| Presiding Judge: | Hon. J. Michael Seabright |
| Attorneys for USA: | Margaret C. Nammar, AUSA |
| Defendant's Attorney: | D. Craig Hughes, Esq. |

| | |
|---|---|
| Hearing Date: | December 3, 2025 |
| Court Reporter: | |
| Courtroom Deputy: | |

### UNITED STATES OF AMERICA'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 21 | Jeter Final Judgment, ECF No. 158 | 12/3 | 12/3 |
| 22 | Jeter's Apology Letters to Judge Seabright and AUSA Nammar, ECF No. 160 | 12/3 | 12/3 |
| 23 | Copy of Gary Singh's May 2024 Calendar (redacted) | 12/3 | 12/3 |
| 24 | Pages from FDC Honolulu Attorney Visitor Log (redacted) April 27, 2024 to June 6, 2024 | 12/3 | 12/3 |
| 25 | Text message chain between Andrea Jeter and Gary Singh April 28, 2024 to November 4, 2024 | 12/3 | 12/3 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel on the date and in the manner described below:

<u>Served Electronically through CM/ECF:</u>

D. CRAIG HUGHES
Counsel for Defendant-Petitioner
COURTNEY GENE JETER

DATED:    December 2, 2025, at Honolulu, Hawaii.

<i>/s/ Margaret C. Nammar</i><br>
Assistant U.S. Attorney<br>
District of Hawaii